# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EARL M. WHEBY, JR.,** | * | |
| *Plaintiff* | * | No.: 1:19-cv-01459-CCB |
| v. | * | |
| **THE KEYW HOLDING CORPORATION,** *et al.* | * | |
| *Defendants.* | * | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Earl M. Wheby, Jr. ("Plaintiff"), hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to the Plaintiff only and without prejudice to the putative class. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified.

Dated: June 6, 2019

**GOLDMAN & MINTON, P.C.**

By:  */S/*
Thomas J. Minton (Bar No. 03370)
3600 Clipper Mill Road, Suite 201
Baltimore, MD 21211
(410) 783-7575
tminton@charmcitylegal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
300 Delaware Avenue, Suite 1220
Wilmington, DE 19801
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800